UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES HON,**

        **Plaintiff,**

**v.**                                          **Case No: 6:17-cv-1118-Orl-41PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

                                          /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees ("Motion," Doc. 23). United States Magistrate Judge Patricia D. Barksdale submitted a Report and Recommendation (Doc. 24), in which she recommends that the Court grant the Motion and award Plaintiff a total of $3,522.36 in attorney's fees.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 23) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $3,522.36.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2018.



Copies furnished to:

Counsel of Record